UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PATRICIA MAHONEY, individually and on behalf of all others similarly situated,<br><br>Plaintiff(s),<br><br>v.<br><br>DELOITTE CONSULTING LLP,<br><br>Defendant. | Case No. 1:24-cv-09575-KPF |

### NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Patricia Mahoney ("Plaintiff"), through her undersigned counsel, hereby gives notice that the above-captioned action is voluntarily dismissed without prejudice.

Respectfully submitted this 20th day of February, 2025.

*/s/ Gary E. Mason*
Gary E. Mason (2163467)
**MASON LLP**
5335 Wisconsin Avenue NW, Suite 640
Washington, DC 20015
Telephone: (202) 429-2290
Email: gmason@masonllp.com

*Counsel for Plaintiff Patricia Mahoney*

2

**CERTIFICATE OF SERVICE**

      I hereby certify that, on February 20, 2025, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF, which will automatically serve all counsel of record in this case via transmission of Notice of Electronic Filing (NEF) generated by CM/ECF.

                                                */s/ Gary E. Mason*
                                                Gary E. Mason (2163467)